1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES OF AMERICA
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES,

        Plaintiff,

v.

TAM VAN DANG and SANXAY
XAYADETH,

        Defendants.

Case No. CR05-317P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The trial date is scheduled for **November 7, 2005** at **9:00 a.m.**

Trial briefs, proposed voir dire and proposed jury instructions are due October 26, 2005.

A pretrial conference will be scheduled at a later date, if necessary.

Filed and entered this 14th day of September, 2005.

BRUCE RIFKIN, Clerk

By     Eileen Scollard

Deputy Clerk

MINUTE ORDER