JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR05-317-MJP |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **AMENDED** ORDER ON STIPULATED MOTION TO CONTINUE PRETRIAL MOTIONS FILING DATE AND TRIAL DATE |
| TAM VAN DANG and SANXAY HANG XAYADETH, | ) ) ) | |
| Defendants. | ) ) | |

THE COURT having considered the stipulation of the parties, the records and files herein, and the motion for continuance of pretrial motions date, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public and the defendants in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

//

[PROPOSED] ORDER ON STIPULATED MOTION
TO CONTINUE PRETRIAL MOTIONS FILING DATE AND TRIAL DATE - 1
(Sanxay Hang Xayadeth  CR05-317-MJP)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1  //

2  IT IS THEREFORE ORDERED that the time within which pretrial motions must
3  be filed in this case is extended from September 29, 2005 to December 1, 2005 and the
4  trial date from October 26, 2005 to January **23,** 2006.

5  IT IS FURTHER ORDERED THAT the time period between October 26, 2005
6  and January 17, 2006 is excludable time, pursuant to 18 U.S.C. § 3161(h)(8)(A), for the
7  purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C.
8  § 3161-3174.

9  DONE  this 1ST day of November, 2005.

/S/Marsha J. Pechman
HONORABLE MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

| Nancy Tenney | Catherine Chaney |
| Assistant Federal Public Defender | WSBA No. 21405 |
| WSBA No. 35304 | Attorney for Tam Van Dang |
| Attorney for Defendant Sanxay Xayadeth | 119  1st Ave. S., Suite 500 |
| Federal Public Defender's Office | Seattle, WA   98104-3400 |
| 1601 Fifth Ave., Suite 700 | 206/343-7642 |
| Seattle, WA   98101 | 206/621-1256 |
| 206/553-1100 | cchaney@msn.com |
| 206/553-0120 | [signature authorized by |
| Nancy_Tenney@fd.org |   telephone] |

Leonie Grant
Assistant United States Attorney
Lee.Grant@usdoj.gov
[signature authorized by telephone]

[PROPOSED] ORDER ON STIPULATED MOTION
TO CONTINUE PRETRIAL MOTIONS FILING DATE AND TRIAL DATE - 2
(Sanxay Hang Xayadeth  CR05-317-MJP)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100