JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-317-MJP |
| Plaintiff, | ) | |
| | ) | 2ND AMENDED ORDER ON |
| vs. | ) | STIPULATED MOTION |
| | ) | TO CONTINUE PRETRIAL MOTIONS |
| TAM VAN DANG and SANXAY HANG XAYADETH, | ) | FILING DATE AND TRIAL DATE |
| | ) | |
| Defendants. | ) | |

THE COURT having considered the stipulation of the parties, the records and files herein, and the motion for continuance of pretrial motions date, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public and the defendants in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

//

[PROPOSED] ORDER ON STIPULATED MOTION
TO CONTINUE PRETRIAL MOTIONS FILING DATE AND TRIAL DATE - 1
(Sanxay Hang Xayadeth  CR05-317-MJP)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1 //

2   IT IS THEREFORE ORDERED that the time within which pretrial motions must
3 be filed in this case is extended from September 29, 2005 to December 1, 2005 and the
4 trial date from October 26, 2005 to January 23, 2006.

5   IT IS FURTHER ORDERED THAT the time period between October 26, 2005
6 and January 23, 2006 is excludable time, pursuant to 18 U.S.C. § 3161(h)(8)(A), for the
7 purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C.
8 § 3161-3174.

9   DONE this 3RD day of November, 2005.

10

11 /S/Marsha J. Pechman
   HONORABLE MARSHA J. PECHMAN
12 UNITED STATES DISTRICT JUDGE

13 Presented by:

14 Nancy Tenney                                Catherine Chaney
   Assistant Federal Public Defender           WSBA No. 21405
15 WSBA No. 35304                              Attorney for Tam Van Dang
   Attorney for Defendant Sanxay Xayadeth      119  1st Ave. S., Suite 500
16 Federal Public Defender's Office            Seattle, WA   98104-3400
   1601 Fifth Ave., Suite 700                  206/343-7642
17 Seattle, WA   98101                         206/621-1256
   206/553-1100                                cchaney@msn.com
18 206/553-0120                                [signature authorized by
   Nancy_Tenney@fd.org                          telephone]
19
   Leonie Grant
20 Assistant United States Attorney
   Lee.Grant@usdoj.gov
21 [signature authorized by telephone]

22

23

24

25

26