1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

UNITED STATES OF AMERICA,

7

               Plaintiff(s),

8

    v.

9

SANXAY XAYADETH,

10

             Defendant(s).

11

12

NO. CR05-317P

MINUTE ORDER

13

14

     The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

15

16

17

18

     The Court is in receipt of the letter of January 23, 2006 from Warden Robert J. Palmquist of the Federal Detention Center, Seatac, Washington.  The Court agrees with Mr. Palmquist's request to extend the evaluation period for Defendant.  The evaluation period will be extended to March 4, 2006 and the final report will be submitted by no later than March 17, 2006.

19

20

     Filed this 27th day of January, 2006.

21

                       BRUCE RIFKIN, Clerk

22

23

               By     /s Mary Duett
                      Deputy Clerk

24

25

26

MINUTE ORDER