HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR05-317-MJP |
| Plaintiff, ) | |
| v. ) | ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS CUTOFF DATE |
| TAM VAN DANG, et al., ) | |
| Defendants. ) | |

## ORDER

The Court having considered the parties' Joint Motion to Continue Trial Date and Pretrial Motions Cutoff Date, hereby finds

That the defendants are joined for trial and both defendants are charged in two of the counts including conspiracy to distribute ecstasy;

That a period of up to four months is required to determine whether defendant Xayadeth can be restored to competency;

That the period of time during which Mr. Xayadeth is being evaluated and treated is excluded from speedy trial calculations pursuant to 18 USC § 3161(h)(1)(A);

That defendant Dang is out of custody and has submitted a signed speedy trial waiver;

That because of conflicts in the Court and counsels' schedules the soonest available date for trial is September 18, 2006; and

The interest in judicial economy will be served by granting this continuance.

IT IS THEREFORE ORDERED that the time within which pretrial motions must be filed is extended to August 11, 2006 and the trial date is extended from May 15, 2006 to September 18, 2006.

IT IS FURTHER ORDERED THAT the time period between May 15, 2006 and September 18, 2006 is excludable time, pursuant to 18 U.S.C. § 3161(h)(8)(A), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

DONE this 1ST day of May, 2006.

/S/Marsha J. Pechman
MARSHA J. PECHMAN
UNITED STATES DISTRICT JUDGE

Presented by:

Catherine Chaney, WSBA No. 21405
Attorney for Tam Van Dang

Authorized by email:

Mark N. Bartlett,
First Assistant United States Attorney
Attorney for the United States

Nancy Tenney, WSBA No. 35304
Assistant Federal Public Defender
Attorney for Sanxay Xayadeth