JUDGE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR05-317-MJP |
| Plaintiff, | ) | |
| | ) | ORDER ON STIPULATED MOTION |
| vs. | ) | TO CONTINUE PRETRIAL MOTIONS |
| | ) | FILING DATE AND TRIAL DATE |
| TAM VAN DANG and SANXAY HANG XAYADETH, | ) | |
| | ) | |
| Defendants. | ) | |

THE COURT having considered the stipulation of the parties, the records and files herein, and the motion for continuance of pretrial motions date, the Court hereby makes the following findings:

1. The Court finds that the period of time during which Mr. Xayadeth is being evaluated and treated is excluded from speedy trial calculations, pursuant to 18 U.S.C. § 3161(h)(1)(A).

2. The Court also finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

3. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial

[PROPOSED] ORDER ON STIPULATED MOTION
TO CONTINUE PRETRIAL MOTIONS FILING DATE AND TRIAL DATE - 1
(Sanxay Hang Xayadeth  CR05-317-MJP)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

1  preparation and that these factors outweigh the best interests of the public and the

2  defendants in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

3      IT IS THEREFORE ORDERED that the time within which pretrial motions must

4  be filed in this case is extended from August 11, 2006, to December 11, 2006, and the

5  trial date from September 18, 2006, to January 8, 2007.

6      IT IS FURTHER ORDERED THAT the time period between September 18,

7  2006, and January 8, 2007, is excludable time, pursuant to 18 U.S.C. § 3161(h)(1)(A),

8  (h)(8)(B) and (h)(8)(A), for the purposes of computing the time limitations imposed by

9  the Speedy Trial Act, 18 U.S.C. § 3161-3174.

10      DONE this 18th day of August, 2006.

11

12      */S/Marsha J. Pechman*
    MARSHA J. PECHMAN
13      United States District Judge

14  Presented by:

15  Nancy Tenney      Catherine Chaney
   Assistant Federal Public Defender      WSBA No. 21405
16  WSBA No. 35304      Attorney for Tam Van Dang
   Attorney for Defendant Sanxay Xayadeth      119 1st Ave. S., Suite 500
17  Federal Public Defender's Office      Seattle, WA  98104-3400
   1601 Fifth Ave., Suite 700      206/343-7642
18  Seattle, WA  98101      206/621-1256
   206/553-1100      cchaney@msn.com
19  206/553-0120

20  Mark Bartlett
   Assistant United States Attorney
21  Mark.Bartlett@usdoj.gov

22

23

24

25

26

[PROPOSED] ORDER ON STIPULATED MOTION      FEDERAL PUBLIC DEFENDER
TO CONTINUE PRETRIAL MOTIONS FILING DATE AND TRIAL DATE - 2      1601 Fifth Avenue, Suite 700
(Sanxay Hang Xayadeth  CR05-317-MJP)      Seattle, Washington  98101
    (206) 553-1100